FILED

08/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0415



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0415

RYAN PATRICK SULLIVAN,

      Petitioner,

v.

JIM SALMONSEN, Warden, MT State Prison,

      Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

      Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

      DATED:   August 19, 2021.

                                      BOWEN GREENWOOD
                                      Clerk of the Supreme Court